# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANICE A. KIM,<br><br>        Plaintiff,<br><br>    v.<br><br>ODGLESBY, et al.,<br><br>        Defendants. | 1:16-cv-01190-LJO-BAM (PC)<br><br>ORDER DIRECTING CLERK OF COURT TO AMEND CAPTION, AMEND DOCKET AND SERVE RETURNED ORDERS ON PLAINTIFF |

  Plaintiff, a state prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 on August 8, 2016. The matter was transferred to this Court on August 11, 2016.

  On August 23, 2016, the Court dismissed the complaint and ordered Plaintiff to file an amended complaint or notice of voluntary dismissal within thirty days. In the dismissal order, the Court found, among other things, that the complaint failed to properly identify Plaintiff. The Court noted that in some areas of the complaint, Plaintiff was listed as Robey Hairston, and in other areas was listed as Janice A. Kim. Additionally, the Court indicated that Janice A. Kim was listed as an attorney for Plaintiff.  (Doc. 7). The Clerk of the Court served the order on Janice A. Kim, CDCR #AS-0636, at the California Correctional Institution in Tehachapi, California. This order was returned by the United States Postal Service as undeliverable because Plaintiff's name and CDCR number did not match.

   On August 24, 2016, the Court ordered Plaintiff to submit an application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $400.00 filing fee for this

1

1  action within forty-five days after service. (Doc. 8). The Clerk of the Court served the order on
2  Janice A. Kim, CDCR #AS-0636, at the California Correctional Institution in Tehachapi,
3  California. This order was returned by the United States Postal Service as undeliverable because
4  Plaintiff's name and CDCR number did not match.
5       On September 8, 2016, the matter was reassigned to the undersigned Magistrate Judge.
6  (Doc. 9). Upon review of the docket, it appears that Plaintiff should be identified as Robey
7  Hairston. (*See* Docs. 1, 5). Accordingly, the Clerk of the Court is HEREBY DIRECTED to
8  AMEND the docket to identify Plaintiff as Robey Hairston and to SERVE the August 23 and
9  August 24, 2016 orders (Docs. 7 and 8) on Plaintiff Robey Hairston, CDCR #AS-0636, at the
10 California Correctional Institution in Tehachapi, California. The Clerk of the Court is
11 FURTHER DIRECTED to AMEND the Caption to correct Plaintiff's name to ROBEY
12 HAIRSTON.

14 IT IS SO ORDERED.

15     Dated:   **September 12, 2016**          /s/ *Barbara A. McAuliffe*
16                                        UNITED STATES MAGISTRATE JUDGE