UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBEY HAIRSTON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ODGLESBY, et al.,<br><br>　　　　　Defendants. | Case No.: 1:16-cv-01190-LJO-BAM<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS*<br><br>(Doc. 14)<br><br>ORDER DISMISSING ACTION WITHOUT PREJUDICE TO REFILING WITH SUBMISSION OF $400.00 FILING FEE |

　　　　Plaintiff Robey Hairston ("Plaintiff"), a state prisoner proceeding *pro se*, filed this civil action on August 8, 2016. The matter was transferred to this Court on August 11, 2016. Thereafter, on August 24, 2016, the Court dismissed Plaintiff's complaint with leave to amend and directed him to file an application to proceed *in forma pauperis* or pay the $400.00 filing fee. On September 22, 2016, Plaintiff filed a first amended complaint along with an application to proceed *in forma pauperis*. (Docs. 13, 14).

　　　　Plaintiff is subject to 28 U.S.C. § 1915(g), which provides that "[i]n no event shall a prisoner bring a civil action . . . under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that

was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury."[1]

The Court has reviewed Plaintiff's complaint and his allegations do not satisfy the imminent danger exception to section 1915(g). Andrews v. Cervantes, 493 F.3d 1047, 1055-56 (9th Cir. 2007). Plaintiff's complaint concerns an incident of alleged excessive force on September 28, 2014, which was nearly two years prior to the filing of this action.  Plaintiff also alleges fraud in a court case. Plaintiff makes no allegations concerning any imminent danger of serious physical injury.  Therefore, Plaintiff has not satisfied the exception from the three strikes bar under 28 U.S.C. § 1915(g), and must pay the $400.00 filing fee if he wishes to litigate this claim.

Accordingly, the Court HEREBY ORDERS as follows:

1. Plaintiff's motion for leave to proceed in forma pauperis (Doc. 14) is DENIED; and,

2. This action is DISMISSED without prejudice to re-filing accompanied by the $400.00 filing fee.

IT IS SO ORDERED.

Dated:   **September 26, 2016**            /s/ Lawrence J. O'Neill  
                                           UNITED STATES CHIEF DISTRICT JUDGE

---

[1] The Court takes judicial notice of the following United States District Court cases: Robey Kurt Hairston v. CDCR, et al., 1;14-cv-01187-LJO-SKO (finding Robey Hairston subject to 28 U.S.C. § 1915(g) and dismissing action without prejudice); Hairston v. Hudson, 5:10-cv-00750-UA-MLG (C.D. Cal.) (dismissed May 28, 2010); Hairston v. Oliver, 5:10-cv-00775-UA-MLG (C.D. Cal.) (dismissed June 8, 2010); Hairston v. CCI/CDC, 5:10-cv-00865-UA-MLG (C.D. Cal.) (June 23, 2010).